**Oliver HIGUERA–PINEDA, Petitioner–Appellant,**

v.

**Patricia R. STANSBERRY, Respondent–Appellee.**

No. 06–7854.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 26, 2007.

Oliver Higuera–Pineda, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oliver Higuera–Pineda, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Higuera–Pineda v. Stansberry,* No. 5:06–HC2128–H (E.D.N.C. Oct. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*